UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

| | |
|---|---|
| Asmar Nafis Newsome, Plaintiff, | Case No. 3:20cv5783-LC/GMT |
| v. | Petition for relief pursuant to 42 USC § 1983 |
| FPC Pensacola Warden M. Joseph and Bureau of Prisons (BOP) Southeast Regional Director, Respondents. | |

COMES NOW ASMAR NAFIS NEWSOME (Petitioner) by Special Appearance sui juris, in propria persona, never is my Appearance GENERAL in nature. Pursuant to [42 USC § 1983]. Petitioner contends that Respondents are in deliberate violation of the above mentioned statute which provides:... "that every person who, under color of law of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Colombia, subjects or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, suit in equity, or other proper proceeding for redress." Petitioner asserts, this Court has jurisdiction to hear as well as preside over this matter and grant the relief sought herein. Petitioner seeks to be transferred from the Santa Rosa County Jail in Milton, Florida, to the nearest BOP transit center for redesignation to another BOP facility in order

to discontinue the current injuries being suffered by Petitioner.

Petitioner is being housed at Santa Rosa County Jail (SRCJ) for an unlimited and indeterminant period of time. Petitioner has been heard and sanctioned for the infraction for which he was sent to SRCJ for and Respondent's refusal to afford due process to Petitioner by way of his transfer is a direct violation of his rights under color of law. It is the custom of the BOP, once a person has been held is special housing and received a sanction, he should be transferred and redesignated to another BOP facility within 500 driving miles of his/her release residence. Petitioner is currently attempting to appeal the findings of his disciplinary hearing, however, he is not being afforded the use of a ball point pen which is required to file his appeal to the BOP Regional Director. SRCJ does not allow inmates to purchase for use ball point pens, thus, Respondents holding Petitioner within the confines of SRCJ is denying him access to the court which is yet another deprivation of right under color of law. Petitioner's sanctions prohibit him from purchasing any items from the commissary at SRCJ, and as previously stated, ball point pens are not available for purchase. Petitioner asserts, while having the sanction of loss of commissary, he would have access to a ball point pen which would allow for his timely filing of his appeal which is 20 days from August 24, 2020. Petitioner is currently at a high risk of contracting COVID-19 as SRCJ, while having many safety precautions in place, does not provide Petitioner with the same degree of safety which is afforded to him in a BOP facility. Petitioner suffers from hypertension which makes him highly suceptible to the detrimental affects of COVID-19.

Petitioner is currently awaiting a response to appeal for relief filed in the U.S. Court of Appeals for the Fourth Circuit and his being housed at SRCJ deprives him of access to the Court as he lacks access to his property which would allow him to put forth the proper materials to later make an appeal to the U.S. Supreme Court if his appeal were to be denied. Petitioner asserts this is yet another deprivation of right under color of law by Respondents.

Petitioner meets all eligibility requires for release to home confinement due to COVID-19 as he has more than 50% of his term of imprisonment complete (125 months of 228 months) has a PATTERN recidivism score of Low and has hypertension which puts him at a high risk of fatal complications if contracting the corona virus. All these requirements are outlined in the guidance provided by the Department of Justice (DOJ) via U.S. Attorney General William Bar. However, consideration and/or processing for said relief cannot be achieved while Petitioner is housed at SRCJ.

Due to all of the above deprivations of Petitioner's rights under color of law by Respondents, Petitioner asks this court to grant him relief in the form of an order compelling Respondents to immediately perform and transfer him to either Federal Prison Camp Pensacola or to the nearest BOP transit facility for redesignation to a facility within 500 driving miles of his current release residence in Virginia Beach, Virginia.

Respectfully,

Date: 8-25-20

Asmar Nafis Newsome, Sui Juris

Ismar Newsome
9011261
Santa Rosa County Jail
5755 East Milton Road
Milton, Florida 32583

**PRIVILEGED**

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored

PENSACOLA FL 325
28 AUG 2020 PM 1 L

Clerk of Court
U.S. District Court
1 North Palafox Street
Pensacola, Florida 32502

32502-999955