UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ASMAR NAFIS NEWSOME,
    Plaintiff,

vs.                                            Case No.:  3:20cv5783/LAC/EMT

M. JOSEPH, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

      Plaintiff, proceeding pro se, commenced this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  On September 1, 2020, the court entered an order directing Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 3).  The undersigned directed the clerk of court to send Plaintiff the correct set of forms needed for filing an IFP motion and advised Plaintiff that his failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.*).

      Plaintiff did not file an IFP motion or pay the filing fee within the time allowed.  Thus, the court entered an order on October 14, 2020, directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to comply with an order of the court (ECF No. 4).  The time for compliance with the

show cause order has now elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with court orders.

At Pensacola, Florida, this 1st day of December 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:20cv5783/LAC/EMT